# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 19-1993
(1:19-cv-00103-LO-MSN)

RUBY LAMBERT, individually and on behalf of all others similarly situated
    Plaintiff – Appellant

v.

NAVY FEDERAL CREDIT UNION
    Defendant – Appellee

------------------------------

CREDIT UNION NATIONAL ASSOCIATION; NATIONAL ASSOCIATION OF FEDERALLY-INSURED CREDIT UNIONS
    Amici Supporting Appellee

## MOTION TO DISMISS

The undersigned hereby moves that the above appeal be dismissed as has been agreed to by the parties, including agreement as to the payment of fees and costs. FRAP 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

_/s/ signature_

Matthew W. H. Wessler
Counsel for Appellant